**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyrone Lamont SMITH, a/k/a Blue,
a/k/a Tyrone Eady, Defendant–
Appellant.**

No. 15–6394.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Tyrone Lamont Smith, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lamont Smith appeals the district court's order denying relief on his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. See *U.S. Sentencing Guidelines Manual* § 4B1.1(b). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*